02-11-185-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00185-CV

 

 


 
 
 Richard L. Pemberton D/B/A Pemberton Fine Custom
 Homes, LLC and Richard L. Pemberton
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Vick Cox and Jackie Cox
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM County
Court at Law No. 2 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered the parties’ “Joint Motion To Dismiss.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 43.4.

 

 

                                                                             PER
CURIAM

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and GABRIEL, JJ.  

 

DELIVERED:
 January 19, 2012









[1]See Tex. R. App. P. 47.4.